| United States District Court<br>Western District of Washington | No. 3:17-cv-05274-RBL |
|---|---|
| Noel Price, Plaintiff,<br><br>vs.<br><br>United States, Defendant. | **Notice of Voluntary Dismissal**<br>**FRCP 41(a)(1)(A)(i)** |

Pursuant to FRCP 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Noel Price hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against defendant United States.

Respectfully submitted,

**/s/ Vitaliy Kertchen**

______________________
Vitaliy Kertchen WSBA#45183
Attorney for Mr. Price
Date: 5/17/17

711 Court A, Suite 104
Tacoma, WA 98402
253-905-8415
vitaliy@kertchenlaw.com
www.kertchenlaw.com